# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

141858

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TORME C. FINDLEY,
      Plaintiff-Appellee,

v

DAIMLERCHRYSLER CORPORATION, n/k/a
CHRYSLER GROUP L.L.C.,
      Defendant-Appellant.

SC: 141858
COA: 291402
WCAC: 08-000112

_____/

On order of the Court, the application for leave to appeal the August 24, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing whether the Workers' Compensation Appellate Commission is required to render a majority opinion in order to provide a final decision that is reviewable by the appellate courts.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

_____
Clerk

0126